ACCEPTED
03-14-00155-CR
4175397
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 12:52:38 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00155-CR

### IN THE

### COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

### AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 12:52:38 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| JERON DEANGELO NEAL | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 390TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-12-205121

### STATE'S FIRST MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his convictions for Aggravated Robbery with a Deadly Weapon, the appellant filed his notice of appeal in the above cause on March 7, 2014. Appellant's counsel filed a brief on January 15, 2015.

1

(b)    The State's brief is currently due on **February 17, 2015**.

(c)    This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)    The number of previous extensions of time granted for submission of the **State's** brief is: **none**.

(e)    The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1.  The undersigned attorney is responsible for preparing the State's brief in two other pending appellate cases, (i.e., *Charles Anthony Malouff, Jr. v. State of Texas,* No. 03-13-00723-CR; and *Shriya Patel v. State of Texas,* No. 03-14-00238-CR).

2.  In addition, the undersigned attorney, as the director of the Appellate Division of the Travis County District Attorney's Office, has been required, during the pendency of the instant appeal, to spend a considerable amount of time working on a variety of other legal matters and administrative issues.

3.  This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **March 19, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney
State Bar No. 00785584
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. (512) 854-4810
Scott.Taliaferro@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 279 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 17th day of February, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, John S. Butler, Attorney at Law, 700 Lavaca Street, Suite 1400, Austin, Texas 78701.

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney